```
 1  CHARLES M. DYKE (183900)
    ANDREW D. CANNADY (224552)
 2  THELEN REID & PRIEST
    101 Second Street, 18th Floor
 3  San Francisco, CA 94105
    Telephone:   415.371.1200
 4  Facsimile:   415.371.1211
    cmdyke@thelenreid.com
 5  dcannady@thelenreid.com

 6  BENJAMIN DELANCY (85515)
    SHERWIN S. KAPLAN (Pro Hac Vice)
 7  MICHAEL SCHLOSS (134124)
    THELEN REID & PRIEST LLP
 8  701 Eighth Street, N.W.
    Washington, D.C. 20001-3721
 9  Telephone:   202.508.4000
    Facsimile:   202.654.1845
10  bdelancy@thelenreid.com
    mschloss@thelenreid.com
11
    Attorneys for Plaintiff SEAGATE US LLC
12
    STEVEN M. SELNA (133409)
13  S. FEY EPLING (190025)
    DRINKER BIDDLE & REATH LLP
14  50 Fremont Street; 20th Floor
    San Francisco, CA 94105-2235
15  Telephone:   415. 591.7500
    Facsimile:   415. 591.7510
16  SMSelna@dbr.com
    SFEpling@dbr.com
17
    Attorneys for Defendants
18  CIGNA CORPORATION and LIFE INSURANCE
    COMPANY OF NORTH AMERICA
19
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE US LLC<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CIGNA CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>　　　　　Defendants. | Case No.: C-05-04272-PVT<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE** |

SF #1049176 v1
STIPULATION AND [PROPOSED] ORDER EXTENDING HEARING ON MOTION TO DISMISS
[Case No. C-05-04272 PVT]

1  Pursuant to Local Rules 6-1 and 6-2, it is hereby stipulated by and between the parties,
2  through their respective counsel, that the hearing on Defendants Cigna Corporation's and Life
3  Insurance Company of North America's Motion to Dismiss the Complaint With Prejudice shall
4  be continued from Tuesday, April 11, 2006, at 10:00 a.m. to Tuesday, April 18, 2006, at 10:00
5  a.m. This extension is necessary to avoid a conflict in plaintiff's counsel's schedule. It is further
6  necessary as defense counsel must attend a hearing in another matter on April 11. That hearing
7  originally was scheduled for another day, but, on March 1, was unilaterally moved by the Court
8  to April 11.
9  This one-week extension will not have any effect on the schedule for this case.

11  Dated: March 2, 2006
12  _____
     ANDREW D. CANNADY
     THELEN REID & PRIEST LLP
13   Attorneys for Plaintiff Seagate US LLC

15  Dated: March 2, 2006
16  _____
     S. FEY EPLING
     DRINKER BIDDLE & REATH LLP
17   Attorneys for Defendants Cigna Corporation and
     Life Insurance Company of North America

20  IT IS SO ORDERED.

22  Dated: 3/7/06

25  _____
     Hon. Patricia V. Trumbull
26   United States Magistrate Judge