STEVEN M. SELNA (State Bar No. 133409)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
CIGNA CORPORATION; LIFE INSURANCE
COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGATE US LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CIGNA CORPORATION; LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants. | Case No. C05-04272 PVT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>F.R.Civ.P. 41(a); CAND Local Rule 7-12 |

///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\372708\1

WHEREAS, the parties have resolved this matter through settlement and reduced that agreement to a writing executed in or about June 2006 (the "Settlement Agreement"); and

WHEREAS, the Settlement Agreement provides that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement;

THE PARTIES THEREFORE stipulate and request that this Court enter dismissal of this action, in its entirety, with prejudice and retaining jurisdiction only to enforce the terms of the Settlement Agreement.

Dated: June 27, 2006

DRINKER BIDDLE & REATH LLP

_____
S. FEY EPLING

Attorneys for Defendants
CIGNA CORPORATION; LIFE
INSURANCE COMPANY OF NORTH
AMERICA

Dated: June 30, 2006

THELEN REID & PRIEST LLP

_____
CHARLES M. DYKE

Attorneys for Plaintiff
SEAGATE US LLC

## ORDER

The parties having so stipulated, and good cause appearing therefor, it is hereby ordered that this matter be dismissed with prejudice and that the Court shall retain jurisdiction only to enforce the terms of the Settlement Agreement.

Dated: 8/24/06

_Patricia V. Trumbull_
HON. PATRICIA V. TRUMBULL
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\372591\1

2

STIPULATION FOR DISMISSAL WITH PREJUDICE

CASE NO. C05-04272 PVT